***MADE JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MADOKA G. TAKAHASHI,<br><br>  Plaintiff,<br><br>v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. CV 11-2868-GW(AJWx)<br><br>**JUDGMENT** |

Having reviewed and considered the Cross-Motions for Summary Judgment by Plaintiff Madoka Takahashi and Defendant Monumental Life Insurance Company and the documents submitted in support of such Cross-Motions, and having reviewed and considered all evidence presented therein, and all the documents and pleadings filed in this action, it is hereby

ORDERED AND ADJUDGED that in accordance with the Court's Tentative Ruling, judgment shall be entered in favor of Defendant Monumental Life Insurance Company and against Plaintiff as to each of Plaintiff's

1   claims; that the action be dismissed on the merits; and that Defendant recover its

2   costs.

3

4   DATED: November 1, 2011         _____

                                                    HON. GEORGE H. WU

5                                                    UNITED STATES DISTRICT JUDGE